UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re:

BARNETT CORPORATION, et al.

        Debtors.

--------------------------------------------------------x

ALLAN B. MENDELSOHN, Solely In His Capacity as Chapter 7 Trustee Of The Estates Of Barnett Corp. and Barnett Forest LLC,

        Plaintiff,

 -against-

DOLE FRESH FRUIT COMPANY,

        Defendant.

--------------------------------------------------------x

Bankruptcy Case No. 8-22-73623-ast

Adversary Proceeding No. 8-24-08121-ast

## DECLARATION OF RACHEL I. KATZIN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

I, Rachel I. Katzin, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Dole Fresh Fruit Company in the above-captioned matter. I make this declaration in support of Defendant's Motion to Dismiss the Complaint. I have personal knowledge of the matters set forth herein.

2.     Attached hereto as **Exhibit A** is a true and correct excerpt of the certified translation of the document entitled Sexpediente No. SCPM-CRPI-010-2021, publicly published on June 11, 2021 by the division of the Ecuadorian government entitled Superintendencia de Control del Poder

de Mercado (translated to "Superintendence of Market Power Control – First Instance Resolution Commission") at https://centrocompetencia.com/wp-content/uploads/2024/05/SCPM-CRPI-010-2021.pdf, excerpted in relevant part and sworn by Jacqueline Yorke before a Notary Public on May 12, 2025 to be a true and accurate translation from Spanish to English.

3.     Attached hereto as **Exhibit B** is a true and correct excerpt of the certified translation of the document entitled Prospecto de Oferta Pública III Emisión de Obligaciones a Largo Plazo (translated to "Surpapelcorp S.A., Public Offering Prospectus III Issuance of Long-Term Obligations"), publicly published on or after May 16, 2023 at https://www.bolsadevaloresguayaquil.com/sigcv/Opciones%20de%20Inversion/Renta%20Fija/Prospectos/SURPAPELCORP%20S.A/Obligaciones/Prospecto%20III.pdf, excerpted in relevant part and sworn by Jacqueline Yorke before a Notary Public on May 12, 2025 to be a true and accurate translation from Spanish to English.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 12, 2025
New York, New York                                    */s/ Rachel I. Katzin*
                                                       Rachel I. Katzin